UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Doral Financial Corporation,
 formerly First Finacial Caribbean Corporation,
 d/b/a H.F. Mortgage Bankers
             v.                            CASE NUMBER: 97-1102 (HL)
Luis Enrique Cruz Padilla, et al

| MOTION | ORDER |
|---|---|
| Date Filed: 9.1.99   Docket #22<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion to continue procedures | Noted. Plaintiff moves for an order for writ of execution. However, the Court has already issued such an order and has already issued an order confirming the sale of the property at issue. *See* docket nos. 16 & 20. Thus, it appears that Plaintiff's request is moot. |

                              (fr)  HECTOR M. LAFFITTE
Date                                Chief U.S. District Judge

s/c  L. Montañez

SEP - 9 1999