HF (Oriental-811)  1-246747

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DORAL FINANCIAL CORP.,** - <br> **FORMERLY FIRST FINANCIAL** <br> **CARIBBEAN CORP. D/B/A** - <br> **HF MORTGAGE BANKERS** <br><br> **PLAINTIFF** - <br><br> **VS.** - <br><br> **LUIS ENRIQUE CRUZ PADILLA,** <br> **ET ALS** <br> - <br> **DEFENDANTS** - | **CIVIL NO. 97-1102 (PL)** <br><br><br><br><br><br><br> **FOR** <br><br> **COLLECTION OF MONIES** <br> **AND ORDINARY** <br> **FORECLOSURE OF** <br> **MORTGAGE NOTE** |

## ORDER OF EVICTION

*WHEREAS:* As upon the foreclosure of the Mortgage executed in favor of United States of America ( Rural Development) the Special Master appointed here in at a public sale held on April 6, 1999, sold to Doral Financial Corporation, Formerly, First Financial Caribbean Corporation D/B/A H.F. Mortgage Bankers, the premises described as follows:

> ---URBANA: Solar marcado con el número seis (6) del bloque S del plano de inscripción del proyecto Villa El Encanto, localizado en el Barrio Tijeras del sitio La Cale del Municipio de Juana Díaz, con una área de TRESCIENTOS TREINTA Y TRES PUNTO OCHENTA Y SIETE (333.87) metros cuadrados, en lindes por el Norte, con la calle número cinco (5), distancia de 7.30 metros; por el SUR, con terrenos de la Sucesión Eduardo Díaz Brink, distancia de siete punto treinta (7.30) metros; por el Este, con el solar número 5-5, distancia de cuarenta y cinco punto sesenta y cuatro (45.64) metros; por el OESTE, con el solar número S-7, distancia de cuarenta y cinco punto cincuenta y cinco (45.55) metros."



**Afecta a servidumbre telefónica la cual transcurre de Este a Oeste, por su colindancia Sur, en una distancia de siete punto treinta (7.30) metros de la vivienda.**
---Inscrita al folio doscientos ochenta y tres (283) del tomo trescientos treinta y dos (332) de Juana Díaz, finca número trece mil ciento veintiocho (13.128).

*WHEREAS:* *Said sale was confirmed by order of this court.*

*WHEREAS:* *Having complied with all the requirements of the law the Purchaser, Doral Financial Corporation, Formerly, First Financial Caribbean Corporation D/B/A H.F. Mortgage Bankers, is entitled to have possession of said property.*

*WHEREFORE: It is ordered by this Court that the U.S. Marshall proceed to evict the occupant (s) of said property sold and that the U. S. Marshall are authorized if necessary to use whatever means ~~are need~~ necessary to gain entry to the property including removing looks doors and windows, in order to gain access to said property.*

*In* Hato Rey *, Puerto Rico, this* 18th *of* November *1999.*

UNITED STATES DISTRICT JUDGE