UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Doral Financial Corporation,
formerly First Finacial Caribbean Corporation,
d/b/a H.F. Mortgage Bankers
v.
Luis Enrique Cruz Padilla, et al

CASE NUMBER: 97-1102 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 1.19.00    Docket #26<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion for appointment of special master | Plaintiff moves for an order to appoint José Peña Olmeda special master so that he may proceed to a public sale of the property at issue. However, the Court has already appointed Peña Olmeda special master in this case. *See* docket nos. 14 & 17. Additionally, the Court has already issued an order confirming the sale of the property at issue. *See* docket no. 20. Thus, Plaintiff's motion is moot. |

Date  1-28-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


